IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FONG LO, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-05910-MMC<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS; DISMISSING WITHOUT PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANT FONG LO** |

Before the Court is plaintiff Scott Johnson's "Application for Order for Publication of Summons," filed December 30, 2021,[1] whereby plaintiff seeks leave to serve defendant Fong Lo by publication.

By order filed November 2, 2021, the Honorable Lucy H. Koh, to whom the action was then assigned, found plaintiff failed to show good cause for an extension of the then-existing deadline to serve Fong Lo, but nonetheless afforded plaintiff a "one time 30-day extension of the time for service," with the following admonition: "No further extensions shall be granted." (See Order, filed November 2, 2021.)

Although plaintiff, in support of the instant application, has submitted documents showing his attempts to serve Fong Lo (see Zaman Decl., filed December 30, 2021), those efforts were made prior to the date on which Judge Koh's order was issued and were known to her at the time of her ruling (see Zaman Decl., November 1, 2021). In other words, plaintiff bases the instant motion, which motion is, in effect, a request for a further extension of time to serve Fong Lo, on the same evidence Judge Koh found

---

[1] The above-titled action was reassigned to the undersigned on January 12, 2022.

insufficient to warrant any extension.

Under such circumstances, the Court finds plaintiff has failed to show his entitlement to a further extension, whether to serve said defendant by publication or otherwise.

Accordingly, plaintiff's application is hereby DENIED, and plaintiff's claims against Fong Lo are hereby DISMISSED without prejudice for failure to effectuate timely service.

**IT IS SO ORDERED.**

Dated: January 14, 2022

MAXINE M. CHESNEY
United States District Judge